CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAY 0 6 2011**

JULIA G. DUDLEY, CLERK
BY: ~~_____~~
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5:10-cv-00108 |
| v. | ) ) ) | **ORDER** |
| GEORGE KELLER, et al., | ) ) | **By: Samuel G. Wilson** |
| Defendants. | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the defendants' motions for judgment as a matter of law

under Federal Rule of Civil Procedure 50 regarding the application of Virginia Code § 38.2-2226

are **DENIED**.

**ENTER**: May 6, 2011.

_____
UNITED STATES DISTRICT JUDGE