CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 06 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) Civil Action No. 5:10-cv-00108 ) ) |
| v. | ) **DECLARATORY JUDGMENT** ) |
| GEORGE KELLER, et al., | ) ) ) By: Samuel G. Wilson |
| Defendants. | ) United States District Judge |

In accordance with the jury's resolution of the factual matters submitted to the jury through special interrogatories on April 11, 2011, and the court's memorandum opinion on this date, the court hereby **DECLARES** that the plaintiff, State Farm Fire & Casualty Company, owes no duty under the homeowner's insurance policy it issued to George Keller to defend George Keller in any proceeding relating to the accident at issue in this suit, or to pay any judgment arising out of that accident. The case is hereby **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

ENTER: May 6, 2011.

_____
UNITED STATES DISTRICT JUDGE